UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  
ELOINO A. VAZQUEZ  
JEANNETTE VAZQUEZ

CASE NO.   04-40001-BKC-AJC

APR 16 2010

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 730.93 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date:   4/15/10

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

ELOINO A. VAZQUEZ  
JEANNETTE VAZQUEZ  
2194 WEST 60 STREET  
# 22107  
HIALEAH, FL 33016

PATRICK L. CORDERO, ESQUIRE  
198 NW 37 AVENUE  
MIAMI, FL 33125

ANGEL PORTUONDO  
14985 NW 27 AVE  
OPA LOCKA, FL 33054

KEPCO INC  
14985 NW 27 AVE  
OPA, LOCKA, FL 33054

U.S. Trustee  
51 S. W. 1st Avenue  
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                      CASE NO.   04-40001-BKC-AJC
ELOINO A. VAZQUEZ
JEANNETTE VAZQUEZ

                                            CHAPTER 13


ELOINO A. VAZQUEZ
JEANNETTE VAZQUEZ
2194 WEST 60 STREET
# 22107
HIALEAH, FL 33016

PATRICK L. CORDERO, ESQUIRE
198 NW 37 AVENUE
MIAMI, FL 33125


ANGEL PORTUONDO                 ---------$         64.21
14985 NW 27 AVE
OPA LOCKA, FL 33054                 UNDELIVERABLE/STALE
                                    CLAIM REGISTER# 8

KEPCO INC                       ---------$        666.72
14985 NW 27 AVE
OPA, LOCKA, FL 33054                UNDELIVERABLE/STALE
                                    CLAIM REGISTER# 9

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130